```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 29429
    DIANA CHAYTOR
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7349

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/26/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
EVERHOME MORTGAGE        CURRENT MORTG     34874.96          .00       34874.96
WASHINGTON MUTUAL        NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE              UNSECURED           562.24          .00         562.24
EVERHOME MORTGAGE        MORTGAGE ARRE    18219.13           .00       18219.13
TIMOTHY K LIOU           DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                       3,144.50
DEBTOR REFUND            REFUND                                          914.36

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 57,715.19

PRIORITY                                              .00
SECURED                                         53,094.09
UNSECURED                                          562.24
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             3,144.50
DEBTOR REFUND                                      914.36
                         ---------------        ---------------
TOTALS                  57,715.19               57,715.19
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```